# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Timken Aerospace Transmissions, LLC ) ASBCA No. 60013
)
Under Contract No. W58RGZ-10-D-0163 )

APPEARANCES FOR THE APPELLANT: Nicole J. Owren-Wiest, Esq.
Jillian D. Volkmar, Esq.
Wiley Rein LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Matthew A. Freeman, JA
Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 1 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60013, Appeal of Timken Aerospace Transmissions, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals